**Wilma M. PENNINGTON–THURMAN,**
**Plaintiff–Appellant**

v.

**AT & T, INC.; Southwestern Bell Tele-**
**phone Co.; Advanced Solutions,**
**Inc., Defendants–Appellees.**

No. 13–1170.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2013.

Filed: May 23, 2013.

Wilma M. Pennington–Thurman, Saint Louis, MO, pro se.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Wilma Pennington–Thurman appeals the district court's[1] preservice dismissal of her civil complaint. After careful review, we conclude that the dismissal was proper for the reasons stated by the district court. *See Wedow v. City of Kansas City, Mo.,* 442 F.3d 661, 669 (8th Cir.2006) (res judicata applies when there is prior judgment rendered by court of competent jurisdiction, that prior judgment was final and on

1. The Honorable John A. Ross, United States District Judge for the Eastern District of Mis-

merits, and it involved same cause of action and same parties or privies; res judicata bars claims that were or could have been litigated in earlier proceeding); *Black Clawson Co., Inc. v. Kroenert Corp.,* 245 F.3d 759, 763 (8th Cir.2001) (dismissal based on settlement agreement has effect of final judgment on merits). Accordingly, we affirm. *See* 8th Cir. R. 47B.